MJ 26-04188-01-PCT-CDB

## United States District Court
## Violation Notice (Rev. 1/2019)

26-04188MJ-001-PCT-CDB

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A91 | FBEA00XO | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 06/25/2026 10:45 | FED 36CFR261.52A |

Place of Offense
NFSR 1006 Tonto National Forest.

Offense Description: Factual Basis for Charge          HAZMAT ☐
Building a Campfire During Stage 1 Fire Restrictions.

### DEFENDANT INFORMATION
Phone: 520-860-3495

| Last Name | First Name | M |
|---|---|---|
| Gatz | Mark | Aaron |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No | CDL ☐ | D.L. State | Social Security No |
|---|---|---|---|

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|

### VEHICLE   VIN  TKY193F517804                          CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount
$30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov
Total Collateral Due

### YOUR COURT DATE
If no court appearance date is shown, you will be notified of your appearance date by mail.

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court 125 N. San Francisco St. (928) 774-2566 Flagstaff Arizona 86001 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy Pink

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/25/2026 while exercising my duties as a law enforcement officer in the District of AZ

Pursuant to 16USC 551: at approximately 10:45 hours I USDA Law Enforcement Officer's Robert Shelton and Greg Harper contacted a subject identified as Mark Aaron GATZ at his illegal campsite with a hot wood burning campfire along National Forest System Road (NFSR) 1006 on the Payson Ranger District Tonto National Forest Gila County AZ. A records check indicated GATZ had 6 federal outstanding arrest warrants for previous violations: Building a Fire during Restrictions, Constructing on NFS Lands; Unsanitary Conditions x 2; and Occupying National Forest as a Residence. GATZ said he knew about current fire restrictions but had to have a fire to eat. GATZ said he had been living on the forest in that location for about 2 years. GATZ said he had been living on the Forest in the Payson Pine area for about 8 years. USDA LEO Harper had previously contact GATZ and issued him warnings and a violation notice for having campfires during fire restrictions. Information on fire restrictions are posted on signs along NFSR 1006 on flashing electrical ADOT signs along HWY's 87 and 260. at the ranger station in local media and on the USFS website. I arrested GATZ on the six federal warrants booked him into the Coconino County Jail Flagstaff facility on a federal hold and issued him a mandatory appearance violation notice for: (See Incident# MBEA1F3)

USFS ORDER 03-12-00-26-09

36 CFR 261.52(a) -
Building maintaining attending or using a fire campfire or stove fire including charcoal and briquettes outside a structure that is provided by the Forest Service within a designated area

The foregoing statement is based upon:
MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/25/2026
Date (mm/dd/yyyy)          Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2026.06.26 08:39:58 -07'00'

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger
CDL = Commercial drivers license          CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice
(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A91 | F0B20031 | Harper | 2551 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 05/08/2025 14:44 | FED 36CFR261.58A |

Place of Offense
FSR 9367R, Strawberry, AZ.

Offense Description: Factual Basis for Charge    HAZMAT ☐

### DEFENDANT INFORMATION
Phone: 928-595-0757

| Last Name | First Name | M.I. |
|---|---|---|
| Gatz | Mark | A |

Street Address
█████████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ██████ | ██ | ██ | ██████ |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| ██████ | | ██ | |

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| ██ | ██ | ██ | ██ |

### VEHICLE
VIN: _____    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See Instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions. |

| | |
|---|---|
| $ 250.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 280.00 | Total Collateral Due |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 401 W Washington Street, Phoenix, Arizona 85003 | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

MJ 26-04188-01-PCT-CDB

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/08/2025 while exercising my duties as a law enforcement officer in the _____ District of AZ

Pursuant to 16USC 551: On May 8, 2025, about 1440 hours, I, Officer Gregory T. Harper II, United States Forest Service (USFS), Law Enforcement Officer (LEO), Globe Ranger District was on patrol on the Payson Ranger District located on the Tonto National Forest within Gila County with Officer Mike Norton, USFS, LEO. We responded to a unmarked dirt trail north of Pine, AZ to contact Mark GATZ who I contacted over a month ago. During the previous contact I issued GATZ warnings for 36 CFR 261.58(a): Camping for a period longer than allowed by the order per Tonto National Forest Order #03-12-00-22-04 after GATZ admitted to living on the forest for over a year. During the previous contact I also observed trash such as clothing, pans, tools and plastic cups scattered throughout the campsite along with a structure that was four feet in height built using wood panels to store his tools. I issued GATZ warnings for violation of 36 CFR 261.10(b): construction, reconstructing, improving, maintaining, occupying or using a residence on National Forest System lands unless authorized by a special-use authorization or approved operating plan when such authorization is required. I also issued GATZ a warning for violation of 36 CFR 261.11(b): Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition.

I contacted GATZ at the campsite and informed him he had not torn down the structure and still had trash in the area. I also informed GATZ he was in violation of the 14 day stay limit for the Tonto National Forest. I issued GATZ a citation for violation of 36 CFR 261.58(a): Camping for a period longer than allowed by the order. I issued GATZ a warning for 36 CFR 261.11(b): Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition. I also issued GATZ a warning for violation of 36 CFR 261.10(b): construction, reconstructing, improving, maintaining, occupying or using a residence on National Forest System lands unless authorized by a special-use authorization or approved operating plan when such authorization is required. I gave GATZ two weeks to clean up all the trash, take down the structure and vacate the Tonto National Forest.

///NOTHING FURTHER///

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
05/08/2025
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident

MJ-26-04188-001-PCT-CDB

## United States District Court
### Violation Notice

CVB Location Code
A91

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBLM00FB | Norton | 2403 |

FBLM00FB

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 05/07/2026 15:44 | FED 36CFR261.10A |

Place of Offense
forest road 1006

Offense Description: Factual Basis for Charge
CONSTRUCTING/BUILDING STRUCTURES

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| GATZ | MARK | A |

Street Address
█████████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ████████ | ██ | █████ | ████████ |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| ████████ | ☐ | ██ | |

[x] Adult ☐ Juvenile   Sex [x] M ☐ F

| Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|

### VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [x] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FBLM00FB

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on        05/07/2026        while exercising my duties as a law enforcement

officer in the _____ District of        AZ _____


Pursuant to 16USC 551: On May 7, 2026, about 1544 hours, I, Officer Michael Norton, United States Forest Service (USFS), Law Enforcement Officer (LEO), assigned to the Jackson Ranger District was on patrol on the Payson Ranger District located on the Tonto National Forest within Gila County. While on patrol I responded to National Forest Service Road (NFSR) 1006 to contact a subject residing on the Tonto National Forest. I arrived in the area and drove 1/2 mile down a two track dirt trail until I observed a recreational vehicle (RV) in the trees. I walked into the campsite where I contacted Mark GATZ who I knew from a previous contact on the Tonto National Forest a year prior. While walking around the campsite I observed approximately 1,000 pounds of trash at the campsite. The trash consisted of tires, plastic bags, trash bags, aluminum cans and other items of trash. I observed a canopy structure for his sport utility vehicle (SUV). The canopy structure was being utilized as a car port. I observed a large hole approximately three feet in length by three feet in width next to the canopy structure. I noted that GATZ had been at his current location for months and was disturbing the vegetation. I also notified GATZ that I came to his campsite the previous day where he left an unattended campfire. The campfire was still hot. The campfire fizzled and steamed when water was poured in the campfire. The campfire was located inside an illegal structure that was built with stone for cooking food. I then asked GATZ how long he had been residing on the forest and his response was eight years. I wrote GATZ mandatory court appearance citations for the following violations: 36 CFR 261.10(b): Construction, reconstructing, improving, maintaining, occupying or using a residence on National Forest System lands unless authorization by a special-use authorization or approved operating plan when such authorization is required. 36 CFR 261.58(a): Camping for a period longer than allowed by the order per Tonto Forest Order #03-12-00-26-02 which authorizes camping for 14 days in a 30 day period. 36 CFR 261.5(d): Leaving a fire without completely extinguishing it. 36 CFR 261.11(b): Possession or leaving refuse, debris, or litter in an exposed or unsanitary condition. 36 CFR 261.9(a): Damaging any natural feature or other property of the United States. 36 CFR 10(a): Constructing, placing, or maintaining any kind of road, trail, structure, fence, enclosure, communication equipment, sign, significant surface disturbance or other improvement on

The foregoing statement is based upon:


I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____05/07/2026_____        _____
Date (mm/dd/yyyy)                Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.


Executed on:

_____        _____
Date (mm/dd/yyyy)                U.S. Magistrate Judge


HAZMAT = Hazardous material involved in incident.        PASS = 9 or more passenger vehicle.

CDL = Commercial drivers license.        CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

CVB Location Code
A91

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBLM00FC | Norton | 2403 |

FBLM00FC

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 05/07/2026 15:44 | FED 36CFR261.9A |

Place of Offense
forest road 1006

Offense Description: Factual Basis for Charge
Resource damage to public lands- digging holes

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| GATZ | MARK | A |

Street Address
███████████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ███████ | ███ | ████ | ████████ |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| ███████ | ☐ | ███ | |

| | Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| [x] Adult ☐ Juvenile Sex [x] M ☐ F | | | | | |

### VEHICLE

VIN                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [x] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite)

| | Forfeiture Amount |
|---|---|
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

MJ-26-04188-001-PCT-CDB

FBLM00FC

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___05/07/2026___ while exercising my duties as a law enforcement

officer in the _____ District of _____ AZ _____

Pursuant to 16USC 551: Pursuant to 16USC 551: On May 7, 2028, about 1544 hours, I, Officer Michael Norton, United States Forest Service (USFS), Law Enforcement Officer (LEO), assigned to the Jackson Ranger District was on patrol on the Payson Ranger District located on the Tonto National Forest within Gila County. While on patrol I responded to National Forest Service Road (NFSR) 1006 to contact a subject residing on the Tonto National Forest. I arrived in the area and drove 1/2 mile down a two track dirt trail until I observed a recreational vehicle (RV) in the trees. I walked into the campsite where I contacted Mark GATZ who I knew from a previous contact on the Tonto National Forest a year prior. While walking around the campsite I observed approximately 1,000 pounds of trash at the campsite. The trash consisted of tires, plastic bags, trash bags, aluminum cans and other items of trash. I observed a canopy structure for his sport utility vehicle (SUV). The canopy structure was being utilized as a car port. I observed a large hole approximately three feet in length by three feet in width next to the canopy structure. I noted that GATZ had been at his current location for months and was disturbing the vegetation. I also notified GATZ that I came to his campsite the previous day where he left an unattended campfire. The campfire was still hot. The campfire fizzled and steamed when water was poured in the campfire. The campfire was located inside an illegal structure that was built with stone for cooking food. I then asked GATZ how long he had been residing on the forest and his response was eight years. I wrote GATZ mandatory court appearance citations for the following violations: 36 CFR 261.10(b): Construction, reconstructing, improving, maintaining, occupying or using a residence on National Forest System lands unless authorization by a special-use authorization or approved operating plan when such authorization is required. 36 CFR 261.58(a): Camping for a period longer than allowed by the order per Tonto Forest Order #03-12-00-26-02 which authorizes camping for 14 days in a 30 day period. 36 CFR 261.5(d): Leaving a fire without completely extinguishing it. 36 CFR 261.11(b): Possession or leaving refuse, debris, or litter in an exposed or unsanitary condition. 36 CFR 261.9(a): Damaging any natural feature or other property of the United States. 36 CFR 10(a): Constructing, placing, or maintaining any kind of road, trail, structure, fence, enclosure, communication equipment, sign, significant surface disturbance or other

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
___05/07/2026___                    _____
Date (mm/dd/yyyy)                   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)                   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license.                        CMV = Commercial vehicle involved in incident

MJ-26-04188-001-PCT-CDB

# United States District Court
## Violation Notice
(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A91 | FBLM008S | Norton | 2403 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐CFR ☐USC ☐STATE CODE |
|---|---|
| 07/04/2025 17:29 | FED 36CFR261.52A |

Place of Offense
Dirt trail between strawberry and pine arizona

Offense Description: Factual Basis for Charge   HAZMAT ☐
FIRE DURING STAGE 2 FIRE RESTRICTIONS

### DEFENDANT INFORMATION
Phone: 9289590757

| Last Name | First Name | M.I. |
|---|---|---|
| Gatz | Mark | A |

Street Address ███

| City ███ | State ███ | Zip Code ███ | Date of Birth (mm/dd/yyyy) ███ |
|---|---|---|---|

| Drivers License No. ███ | CDL ☐ | D.L. State ███ | Social Security No |
|---|---|---|---|

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Hair ███   Eyes ███   Height ███   Weight ███

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | $ 500.00 | Forfeiture Amount |
|---|---|---|
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov | $ 530.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature _____

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/04/2025 while exercising my duties as a law enforcement officer in the _____ District of _____ AZ

Pursuant to 16USC 551: Pursuant to 16USC 551: I state that on 07/04/2025 while exercising my duties as a law enforcement officer in the District of Arizona, Payson Ranger District, Tonto National Forest. I observed a large messy campsite near Dirt trail between Strawberry and Pine Arizona. I was patrolling the area with officer HARPER due to complaints from the district office about one large messy camp. Officer HARPER told me he had contacted this camp previously and told them they had to leave the forest to overstay and living in the forest. Officer HARPER warned him for residential use and camping too long. He mentioned it was possibly one of the worst residential cases he has seen in the entire forest. On May 8th, 2025, officer HARPER and I contacted later identified as Mark GATZ by his Arizona driver's license. I asked if he knew we were in stage 2 fire restrictions he said he did. I asked him how long he had been living in the forest; he said about 2 years! I informed him that I was officer NORTON with the forest service, and I was out here due to complaints of several large structures, several man-made fire pits, several years' worth of trash, household good scattered throughout the forest for roughly an acre. There was roughly a half of acre of resources ruined due to so much trash and goods on the ground for an extended period of time. I also informed M. GATZ once again that we were in stage 2 fire restrictions. I told him I could see hot ashes in his fire pit. He told me he builds a fire every morning and evening to cook his dinner. I cited Mark GATZ for 36 CFR 261.52A Having a fire during stage 2 fire restrictions.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2025   Michael Norton
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

## United States District Court
## Violation Notice    (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A91 | FBLM00BT | Norton | 2403 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐CFR ☐USC ☐STATE CODE |
|---|---|
| 07/04/2025 17:29 | FED 36CFR261.10A |

Place of Offense
Dirt trail between strawberry and pine arizona

Offense Description: Factual Basis for Charge       HAZMAT ☐
building a structure on nfs lands

### DEFENDANT INFORMATION    Phone  9289590757

| Last Name | First Name | M.I. |
|---|---|---|
| Gatz | Mark | A |

Street Address
■

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ■ | ■ | ■ | ■ |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| D00428363 | | AZ | |

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| ■ | ■ | ■ | ■ |

### VEHICLE    VIN:                          CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | / | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | |
|---|---|
| | $ 250.00  Forfeiture Amount |
| | $ 30.00  Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 280.00  Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___07/04/2025___ while exercising my duties as a law enforcement officer in the _____ District of ___AZ___

Pursuant to 16USC 551: Pursuant to 16USC 551: I state that on 07/04/2025 while exercising my duties as a law enforcement officer in the District of Arizona, Payson Ranger District, Tonto National Forest. I observed a large messy campsite near Dirt trail between Strawberry and Pine Arizona. I was patrolling the area with officer HARPER due to complaints from the district office about one large messy camp. Officer HARPER told me he had contacted this camp previously and told them they had to leave the forest to overstay and living in the forest. Officer HARPER warned him for residential use and camping too long. He mentioned it was possibly one of the worst residential cases he has seen in the entire forest. On May 8th, 2025, officer HARPER and I contacted later identified as Mark GATZ by his Arizona driver's license. I asked if he knew we were in stage 2 fire restrictions he said he did. I asked him how long he had been living in the forest; he said about 2 years! I informed him that I was officer NORTON with the forest service, and I was out here due to complaints of several large structures, several man-made fire pits, several years' worth of trash, household good scattered throughout the forest for roughly an acre. There was roughly a half of acre of resources ruined due to so much trash and goods on the ground for an extended period of time. I also informed M. GATZ once again that we were in stage 2 fire restrictions. I told him I could see hot ashes in his fire pit. He told me he builds a fire every morning and evening to cook his dinner. I cited Mark GATZ for 36 CFR 261.10A Unauthorized Improvements to National Forest Lands.
Pictures of the camp available.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on

| 07/04/2025 | Michael Norton |
|---|---|
| Date (mm/dd/yyyy) | Officer's Signature |

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

| _____ | _____ |
|---|---|
| Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident

## United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer N∘ |
|---|---|---|---|
| A91 | FBLM00BU | Norton | 2403 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 07/04/2025 17:29 | FED 36CFR261.11B |

Place of Offense
Dirt trail between strawberry and pine arizona

| Offense Description: Factual Basis for Charge | HAZMAT ☐ |
|---|---|
| sanitation- trash | |

### DEFENDANT INFORMATION    Phone: 9289590757

| Last Name | First Name | M.I. |
|---|---|---|
| Gatz | Mark | A |

Street Address
▇▇▇▇▇

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ▇▇▇ | ▇▇ | ▇▇▇ | ▇▇▇ |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| ▇▇▇ | | ▇▇ | |

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| ▇▇ | ▇▇ | ▇▇ | ▇▇ |

### VEHICLE    VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | / | | |

APPEARANCE IS REQUIRED            APPEARANCE IS OPTIONAL

A ☐  If Box A is checked, you must appear in court. See instructions

B ☒  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

| $ 250.00 | Forfeiture Amount |
|---|---|
| $ 30.00 | Processing Fee |
| $ 280.00 | Total Collateral Due |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/04/2025 while exercising my duties as a law enforcement officer in the _____ District of AZ

Pursuant to 16USC 551; I state that on 07/04/2025 while exercising my duties as a law enforcement officer in the District of Arizona, Payson Ranger District, Tonto National Forest. I observed a large messy campsite near Dirt trail between Strawberry and Pine Arizona. I was patrolling the area with officer HARPER due to complaints from the district office about one large messy camp. Officer HARPER told me he had contacted this camp previously and told them they had to leave the forest to overstay and living in the forest. Officer HARPER warned him for residential use and camping too long. He mentioned it was possibly one of the worst residential cases he has seen in the entire forest. On May 8th, 2025, officer HARPER and I contacted later identified as Mark GATZ by his Arizona driver's license. I asked if he knew we were in stage 2 fire restrictions he said he did. I asked him how long he had been living in the forest; he said about 2 years. I informed him that I was officer NORTON with the forest service, and I was out here due to complaints of several large structures, several man-made fire pits, several years' worth of trash, household good scattered throughout the forest for roughly an acre. There was roughly a half of acre of resources ruined due to so much trash and goods on the ground for an extended period of time. I also informed M. GATZ once again that we were in stage 2 fire restrictions. I told him I could see hot ashes in his fire pit. He told me he builds a fire every morning and evening to cook his dinner.

I cited Mark GATZ for 36 CFR 261.11B unsanitary conditions trash dumped all over, household trash all over, camp in unlivable and unsanitary conditions.
Pictures of the camp available.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

| Executed on: | | |
|---|---|---|
| | 07/04/2025 | Michael Norton |
| | Date (mm/dd/yyyy) | Officer's Signature |

☐ Probable cause has been stated for the issuance of a warrant.

| Executed on: | | |
|---|---|---|
| | Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CNV = Commercial vehicle involved in incident

MJ-26-04188-001-PCT-CDB

## United States District Court
### Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A91 | FBLM00BW | Norton | 2403 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 07/04/2025 17:29 | FED 36CFR261.10B |

Place of Offense
Dirt trail between strawberry and pine arizona

Offense Description: Factual Basis for Charge        HAZMAT ☐
living on the forest-

### DEFENDANT INFORMATION       Phone: 9289590757

| Last Name | First Name | M.I. |
|---|---|---|
| Gatz | Mark | A |

Street Address
███████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ███████ | ████ | ████ | ████████ |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| ███████ | | ████ | |

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

### VEHICLE    VIN:                          CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | / | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

|  |  |
|---|---|
| $ 250.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 280.00 | Total Collateral Due |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __07/04/2025__ while exercising my duties as a law enforcement officer in the _____ District of ____ AZ

Pursuant to 16USC 551: Pursuant to 16USC 551: I state that on 07/04/2025 while exercising my duties as a law enforcement officer in the District of Arizona, Payson Ranger District, Tonto National Forest. I observed a large messy campsite near Dirt trail between Strawberry and Pine Arizona. I was patrolling the area with officer HARPER due to complaints from the district office about one large messy camp. Officer HARPER told me he had contacted this camp previously and told them they had to leave the forest to overstay and living in the forest. Officer HARPER warned him for residential use and camping too long. He mentioned it was possibly one of the worst residential cases he has seen in the entire forest. On May 8th, 2025, officer HARPER and I contacted later identified as Mark GATZ by his Arizona driver's license. I asked if he knew we were in stage 2 fire restrictions he said he did. I asked him how long he had been living in the forest; he said about 2 years! I informed him that I was officer NORTON with the forest service, and I was out here due to complaints of several large structures, several man-made fire pits, several years' worth of trash, household good scattered throughout the forest for roughly an acre. There was roughly a half of acre of resources ruined due to so much trash and goods on the ground for an extended period of time. I also informed M. GATZ once again that we were in stage 2 fire restrictions. I told him I could see hot ashes in his fire pit. He told me he builds a fire every morning and evening to cook his dinner.

I cited Mark GATZ for 36 CFR 261.10B Taking possession- Living on the forest. Pictures of the camp available.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

| 07/04/2025 | Michael Norton |
|---|---|
| Date (mm/dd/yyyy) | Officer's Signature |

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

| _____ | _____ |
|---|---|
| Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

MJ-26-04188-001-PCT-CDB

## United States District Court
## Violation Notice

CVB Location Code
A91

FOIA001Y

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FOIA001Y | Swann | 2622 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 02/22/2026 14:02 | FED 36CFR261.10B |

Place of Offense
FSR 1006

Offense Description: Factual Basis for Charge
Residing on NF

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: (928)9590757

| Last Name | First Name | M.I. |
|---|---|---|
| Gatz | Mark | A |

Street Address
█████████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ██████ | ██ | ████ | █████ |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| ██████ | ☐ | ████ | |

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F

| Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|

### VEHICLE
VIN:                                    CMV ☐

| Tag No. | State | Year | Make/Model / | PASS | Color |
|---|---|---|---|---|---|
| | | | | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite)

| | | |
|---|---|---|
| | $ 250.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 280.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 401 W Washington St, Phoenix, Arizona 85003 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete.        Original - CVB Copy        FS-5300-4 (7/03)

F0IA001Y

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____02/22/2026_____ while exercising my duties as a law enforcement

officer in the _____ District of _____AZ_____

Pursuant to 16USC 551: I, Kristopher Swann and Gregory T. Harper, Law Enforcement Officers (LEOs), with the United States Forest Service (USFS), were on patrol in full uniform in a fully marked patrol unit on Forest Service Road (FSR) 1006. FSR 1006 is owned and maintained by the USFS on the Payson Ranger District.

I observed a white and red trailer surrounded by tarps approximately 100 yards off FSR 1006. I parked and walked to the camp. I found a well-traveled foot path approximately 2 feet wide leading to the white and red trailer. Upon arrival at the camp, I was flabbergasted by the amount of debris in the area. I observed 4 string lines approximately 10 feet in length. The string lines consisted of clothing, such as towels, blankets, sheets, and sleeping bags. LEO Harper and I announced ourselves as police officers and continued into the camp area. A male voice answered, stating, "I'm over here."

I observed a built fireplace constructed from rocks and clay, approximately 3 feet high. The fireplace had active embers and a cooking station with 10-12 frying pans. The camp had an older SUV with tarps above it. A male was lying in the back of the SUV and identified himself using his Arizona driver license as Mark A GATZ. GATZ was the sole occupant of the camp. I asked GATZ how long he was at that camp. GATZ stated, "Somewhere around 6, 7 months."

The white and red trailer had no license plate and had debris stacked all around it. Debris consisted of 3 ladders, 6-8 totes overfilled with debris, and 5 black 55-gallon drums. I observed 8 tires, 4 bike frames, 5 gallons of motor oil, plywood, and other miscellaneous lumber around the campsite. Trash was scattered over approximately ½ acre on Forest Service land. I advised GATZ that he could not keep this camp this unsanitary, and he was causing permanent damage to the National Forest. This is inconsistent with recreational camping because GATZ is using this area as a residence to store all his items and has been staying in the area for an extended period. GATZ is creating public safety concerns because of the extreme amount of debris around the campsite.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____02/22/2026_____
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license.     CMV = Commercial vehicle involved in incident

MJ-26-04188-001-PCT-CDB

## United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A91 | F0IA001Z | Swann | 2622 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense
02/22/2026 14:02

Offense Charged ☐ CFR ☐ USC ☐ STATE CODE
FED 36CFR261.11B

Place of Offense
FSR 1006

Offense Description: Factual Basis for Charge          HAZMAT ☐
Unsanitary Conditions Debris Scattered Around Camp Area

### DEFENDANT INFORMATION          Phone: 9289590757

| Last Name | First Name | M I. |
|---|---|---|
| Gatz | Mark | A |

Street Address
▮▮▮▮▮

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮▮ |

| Drivers License No. | CDL ☐ | D L. State | Social Security No. |
|---|---|---|---|
| ▮▮▮▮ | | ▮▮ | ▮▮ |

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ |

### VEHICLE   VIN:                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | / | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | |
|---|---|
| $ 500.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov  ⟶  $ 530.00  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 401 W Washington St, Phoenix, Arizona 85003 | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

### STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on  02/22/2026  while exercising my duties as a law enforcement officer in the _____ District of  AZ

Pursuant to 18USC 551: I, Kristopher Swann and Gregory T. Harper, Law Enforcement Officers (LEOs), with the United States Forest Service (USFS), were on patrol in full uniform in a fully marked patrol unit on Forest Service Road (FSR) 1006. FSR 1006 is owned and maintained by the USFS on the Payson Ranger District.

I observed a white and red trailer surrounded by tarps approximately 100 yards off FSR 1006. I parked and walked to the camp. I found a well-traveled foot path approximately 2 feet wide leading to the white and red trailer. Upon arrival at the camp, I was flabbergasted by the amount of debris in the area. I observed 4 string lines approximately 10 feet in length. The string lines consisted of clothing, such as towels, blankets, sheets, and sleeping bags. LEO Harper and I announced ourselves as police officers and continued into the camp area. A male voice answered, stating, "I'm over here."

I observed a built fireplace constructed from rocks and clay, approximately 3 feet high. The fireplace had active embers and a cooking station with 10-12 frying pans. The camp had an older SUV with tarps above it. A male was lying in the back of the SUV and identified himself using his Arizona driver license as Mark A GATZ. GATZ was the sole occupant of the camp. I asked GATZ how long he was at that camp. GATZ stated, "Somewhere around 6, 7 months."

The white and red trailer had no license plate and had debris stacked all around it. Debris consisted of 3 ladders, 6-8 totes overfilled with debris, and 5 black 55-gallon drums. I observed 8 tires, 4 bike frames, 5 gallons of motor oil, plywood, and other miscellaneous lumber around the campsite. Trash was scattered over approximately ½ acre on Forest Service land. I advised GATZ that he could not keep this camp this unsanitary, and he was causing permanent damage to the National Forest. This is inconsistent with recreational camping because GATZ is using this area as a residence to store all his items and has been staying in the area for an extended period. GATZ is creating public safety concerns because of the extreme amount of debris around the campsite.

I issued GATZ one violation notice for violating 36 CFR 261.10(b): Construction, reconstructing, improving, maintaining, occupying, or using a residence on National Forest System lands.

I issued GATZ one violation notice for violating 36 CFR 261.11(b): Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

| 02/22/2026 | [signature] |
|---|---|
| Date (mm/dd/yyyy) | Officer's Signature |

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

| _____ | _____ |
|---|---|
| Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;          CMV = Commercial vehicle involved in incident