**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge: Camille D. Bibles** | **Date:** June 30, 2026 |
| **USA v. Mark Aaron Gatz** | **Case Number: 26-04188MJ-001-PCT-CDB** |

**Assistant U.S. Attorney:  Dondi Jean Osborne for Paul V. Stearns**
**Attorney for Defendant:  Luke Stephen Mulligan**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody** ☐ **Summons** ☐ **Writ**

**DETENTION HEARING:**       ☒  Held ☐  Continued  ☐  Submitted ☐  UA
Government position: Detention.
Defense recommends: Release.
Government's request for detention ☒  Granted  ☐  Denied
☒  Defendant Ordered detained pending Trial.

**Status Hearing possible Plea/Sentence Hearing** set for Monday, July 6, 2026, at 10:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | **DH    13 min** |
| **Deputy Clerk** Christina Davison | |
| | **Start:  11:05 am** |
| | **Stop:   11:18 am** |